E-filing

FILED
06 NOV -8 AM 11:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER, Governor of California, in his official capacity, *et al.*,

    Defendants.

No. C06-06968 MJJ

**ORDER OF RECUSAL**

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Section E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: 11/8/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE