<2006-11-08>

<2006-11-08>
<2006-11-08>

<2006-11-08>

E-Filing

RECEIVED
NOV -8 AM 10: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| JOHN DOE, | No. |
| Plaintiff, | C 06 6968 JSW |
| v. | |
| ARNOLD SCHWARZENEGGER, Governor of California, in his official capacity, | [Proposed] ORDER GRANTING TEMPORARY RESTRAINING ORDER ORDER TO SHOW CAUSE WHY RELIEF SHOULD NOT BE GRANTED |
| BILL LOCKYER, Attorney General of California, in his official capacity, | |
| TOM ORLOFF, District Attorney of Alameda County, in his official capacity, | |
| EDWARD S. BERBERIAN, JR., District Attorney of Marin County, in his official capacity, | |
| STEPHAN R. PASSALACQUA, District Attorney of Sonoma County, in his official capacity, | |
| KAMALA D. HARRIS District Attorney of San Francisco County, in her official capacity, | |
| Defendants. | |

[Proposed] Order Granting Temporary Restraining Order
Order To Show Cause Why Relief Should Not Be Granted

On November 7, 2006, California voters enacted by ballot measure Proposition 83, the Sexual Predator Punishment and Control Act: Jessica's Law (hereafter "SPPCA"), amending portions of California's Penal Code. Plaintiff JOHN DOE immediately filed an action seeking to restrain Defendants from enforcing Cal. Penal Code § 3003.5(b) and (c), as amended by the SPPCA. These provisions prohibit any person required to register as a sex offender, pursuant to Cal. Penal Code § 290, including Plaintiff, from living within 2,000 feet of a school or park where children regularly gather. Plaintiff contends that Cal. Penal Code § 3003.5, as amended by the SPPCA, violates his constitutional rights under the Ex Post Facto and Due Process Clauses of the United States Constitution.

After careful consideration, Plaintiff's motion for a temporary restraining order is **GRANTED**.

Plaintiff has demonstrated that he has a substantial likelihood of success on the merits of his claims. In particular, he has a substantial likelihood of establishing that (new) Cal. Penal Code § 3003.5(b) and (c), as amended by the SPPCA, is punitive by design and in effect. As a result, he has a substantial likelihood of establishing that enforcement of these provisions would violate the Ex Post Facto Clause of the United States Constitution. In addition, Plaintiff has a substantial likelihood of establishing that (new) Cal. Penal Code § 3003.5(b) and (c) deprive him of constitutionally protected liberty and property rights without due process of law, in violation of the Fourteenth Amendment to the United States Constitution.

If forced to comply with (new) Cal. Penal Code § 3003.5(b) and (c) during the pendency of this litigation Plaintiff will be forced to move from his home and will therefore be irreparably harmed.

Furthermore, because evidence indicates that Plaintiff has been a law-abiding and productive member of his community in the years since his conviction, the public interest in immediate enforcement of potentially unconstitutional provisions of the SPPCA is outweighed by the substantial irreparable harm Plaintiff will suffer if he is forced to comply with Cal. Penal

[Proposed] Order Granting Temporary Restraining Order
Order To Show Cause Why Relief Should Not Be Granted      2

1  Code § 3003.5(b) and (c) during the pendency of this litigation.

2  Therefore, for the foregoing reasons, it is **ORDERED** that Defendants are temporarily
3  restrained from enforcing Cal. Penal Code § 3003.5(b) and (c), as amended by the SPPCA, until
4  November 27, 2006, or further notice from this Court.

5  Pursuant to Fed. R. Civ. P. 65(b) and Local Rule 65-1, this Court will conduct a hearing
6  considering Plaintiff's Motion for a Preliminary Injunction at 11 AM/~~PM~~ on
7  November 27, 2006. Defendants may file an opposition to Plaintiff's motion on or
8  before November 15, 2006. Plaintiff may file a response to Defendants' opposition
9  on or before November 20, 2006.

10  Furthermore, pursuant to Local Rule 65-1, it is **ORDERED** that Plaintiff shall serve this
11  Order and all supporting pleadings and papers on Defendants by
12  November 8, 2006.

15  DATED: November 8, 2006

    _____
    Honorable Judge Jeffrey S. White
    United States District Judge
    Northern District of California
    by Honorable Judge Susan Illston

28  [Proposed] Order Granting Temporary Restraining Order
    Order To Show Cause Why Relief Should Not Be Granted      3