DENNIS P. RIORDAN, Esq., No. 69320
DONALD M. HORGAN, Esq., No. 121547
KAREN SNELL, Esq., No. 100266
MICHAEL S. ROMANO, Esq., No. 282182
523 Octavia Street
San Francisco, CA 94102
Telephone No. (415) 431-3472
Facsimile No. (415) 552-2703
Email: Dennis@Riordan-Horgan.com

Attorneys for Plaintiff
JOHN DOE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C 06 6968 JSW |
| Plaintiff, | |
| v. | |
| ARNOLD SCHWARZENEGGER, Governor of California, in his official capacity, | **STIPULATION AND [PROPOSED] ORDER** |
| BILL LOCKYER, Attorney General of California, in his official capacity, | |
| TOM ORLOFF, District Attorney of Alameda County, in his official capacity, | |
| EDWARD S. BERBERIAN, JR., District Attorney of Marin County, in his official capacity, | |
| STEPHAN R. PASSALACQUA, District Attorney of Sonoma County, in his official capacity, | |
| KAMALA D. HARRIS District Attorney of San Francisco County, in her official capacity, | |
| Defendants. | |

**Stipulation and [Proposed] Order**

1  For good cause shown, counsel for Plaintiff John Doe and for defendant Bill Lockyer, in
2 his official capacity, hereby stipulate to extend the temporary restraining order issued in this
3 matter on November 8, 2006 until the date of the next hearing in this matter, February 23, 2007,
4 thereby ensuring that Plaintiff will continue to be entitled to maintain his present residence.

DENNIS P. RIORDAN, Esq., No. 69320
DONALD M. HORGAN, Esq., No. 121547
KAREN SNELL, Esq., No. 100266
MICHAEL S. ROMANO, Esq., No. 282182

*Attorneys for Plaintiff*

Dated: November 27, 2006          /s/
                                  By: DENNIS P. RIORDAN

BILL LOCKYER, Attorney General
STACY BOULWARE EURIE
CHRISTOPHER E. KRUEGER
TERI BLOCK, State Bar No. 195980

*Attorneys for Defendant Bill Lockyer*

Dated: November 27, 2006          /s/
                                  By: TERI BLOCK
                                  Deputy Attorney General

Pursant to the above stipulation, the Court HEREBY EXTENDS the Temporary Restraining Order as to Defendant Bill Lockyer only.
    IT IS SO ORDERED.

Date: November 28, 2006          _____
                                 HONORABLE JEFFREY S. WHITE
                                 United States District Judge

**Stipulation and [Proposed] Order**                    2